## IRA MOOSE v. STATE.

No. A-7863. Opinion Filed June 19, 1931.
Rehearing Denied July 28, 1931.

(1 Pac. [2d] 1118.)

Sam H. Davis, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the county court of Okfuskee county for the unlawful possession of intoxicating liquor, and was sentenced to pay a fine of $500 and to serve 90 days in the county jail.

An examination of the record discloses no error requiring a reversal. An examination of the entire record

convinces us that justice requires that the judgment be modified by reducing the punishment to a fine of $250 and a term of 45 days in the county jail.

As modified, the case is affirmed.